**KAZEROUNI LAW GROUP, APC**
**245 FISCHER AVENUE, UNIT D1**
**COSTA MESA, CA 92626**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

| | |
|---|---|
| **SHARON ALEXANDER-SHROUT, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**NOBELBIZ, INC.,**<br><br>**Defendant.** | **Case No.:** 3:18-cv-06017-BHS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CASE WITHOUT PREJUDICE** |

///

///

///

///

///

///

///

///

**NOTICE**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sharon Alexander-Shrout ("Plaintiff") hereby voluntarily dismisses her claims and the putative class's claims against Defendant Nobelbiz, Inc. ("Nobelbiz") without prejudice, with each party to bear its own attorneys' fees and costs. Nobelbiz has not filed a response to Plaintiff's First Amended Complaint.

Respectfully Submitted,

Date: August 16, 2019          KAZEROUNI LAW GROUP, APC

By:   *s/ Ryan L. McBride*
      Ryan L. McBride, Esq. (SBN 50751)
      ryan@kazlg.com
      KAZEROUNI LAW GROUP, APC
      2633 E. Indian School Rd., Suite 460
      Phoenix, AZ 85016
      Telephone: (800) 400-6808
      Facsimile: (800) 520-5523

      *Attorneys for Plaintiff,*
      Sharon Alexander-Shrout

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

**NOTICE**                                          PAGE 1